**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**In re:**                                                 **Case No. 18-18968-LMI**

**EXMANUEL VALLADARES**                  **Chapter 7**
**GREYSEL MONTIEL PLA**

     **Debtors.**
_____/

**TRUSTEE'S PROPOSED NOTICE OF ABANDONMENT**

> **Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 calendar days after the date of service of this notice.**

**NOTICE IS HEREBY GIVEN THAT:**

**ROSS R. HARTOG, ("Trustee")**, pursuant to 11 U.S.C. § 554(a), Bankruptcy Rule 6007, and Local Rule 6007-1 abandons the following assets of the Debtor:

**Real Property located at 17922 SW 156 Ave, Miami, FL (the "Asset")**

Upon investigation, the Trustee has determined that the Asset is of inconsequential value and benefit to the estate, and that to maintain the Assets would be an unnecessary burden on the estate. *The failure of any party to file an objection to this notice of abandonment within fourteen (14) days after service of the notice shall be deemed a consent to the proposed abandonment.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Regular Mail (*or e-mail via the Court's BNC), on February 3, 2020, to all parties on the service list below.

Dated: February 3, 2020                  By: /S/ *Ross R. Hartog, Trustee*
                                                         Ross R. Hartog, Trustee
                                                         P.O. BOX 14306
                                                         Fort Lauderdale, FL 33302
                                                         (T) (954) 767-0030
                                                         Email: trustee@mrthlaw.com

| | | |
|---|---|---|
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Amex Dsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Capital One<br>PO Box 30287<br>Salt Lake City, UT 84130-0287 |
| Chase<br>P.O BOX 15123<br>Wilmington, DE 19850-5123 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 |
| Comenitybk/victoriasec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitycap/eldorado<br>Po Box 182120<br>Columbus, OH 43218-2120 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Discover Bank<br>P.O BOX 964<br>Buffalo, NY 14220-0964 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 | Eldorado Frn<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 |
| Emergency Phy Solutuions of S FL, LLC<br>PO Box 80216<br>Philadelphia, PA 19101-1216 | Exmanuel Valladares<br>17922 SW 156 Ave<br>Miami, FL 33187-1741 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Greysel Montiel Pla<br>17922 SW 156 Ave<br>Miami, FL 33187-1741 | Kendall Medical Center<br>Po Box 740743<br>Cincinnati, OH 45274-0743 | Kendall Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Nationwide Recovery Sv<br>Po Box 8005<br>Cleveland, TN 37320-8005 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Ricardo Corona Esq.<br>3899 NW 7 St, Second Floor<br>Miami, FL 33126-5551 | Ross R Hartog<br>P.O. Box 14306<br>Fort Lauderdale, FL 33302-4306 |

| | | |
|---|---|---|
| Syncb/brandsmart<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Syncb/toys<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/toysrus<br>Po Box 965005<br>Orlando, FL 32896-5005 | Wells Fargo<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Bank N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Westlake Financial Svc<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010-3847 | Westlake Financial Svcs C/O Peritus Portfoli<br>P.O. Box 141419<br>Irving, TX 75014-1419 | |